United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHOI XUAN THAI, et al.,

         Plaintiffs,

    v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC,

         Defendant.

Case No.  25-cv-05095-EKL

**ORDER TO SHOW CAUSE RE:
SANCTIONS**

On September 18, 2025, Plaintiffs Khoi Xuan Thai and Phuong Kim ("Plaintiffs") and Defendant Jaguar Land Rover North America, LLC ("Defendant") filed a joint notice of settlement advising the Court that the parties had reached a settlement agreement.  ECF No. 14. On the same day, the Court ordered the parties to file dismissal papers or a status report by December 18, 2025.  ECF No. 15.  The parties failed to meet this deadline.  ECF No. 16.

On December 19, 2025, the Court again ordered the parties to file dismissal papers or a status report, setting a deadline of January 2, 2026.  *Id.*  Only Defendant complied with this order, filing a status report indicating that the parties needed up to 45 days more to transfer the subject vehicle and that they would file a joint dismissal by February 20, 2026.  ECF No. 17.  The parties did not file a joint dismissal by this date.

On March 13, 2026, the Court ordered the parties to file dismissal papers by March 27, 2026.  ECF No. 18.  The Court advised that if the parties missed this deadline, the Court would order the parties to show cause why monetary sanctions should not issue.  *Id.*  The parties did not file dismissal papers by the deadline.  Instead, on April 1, 2026, Defendant filed a status report informing the Court that it had, on multiple occasions, requested documents from Plaintiffs necessary to transfer the subject vehicle but had not received a response.  ECF No. 19.

To date, Plaintiffs have not filed a response to any of the Court's three orders. ECF Nos. 15, 16, 18.

Accordingly, Plaintiffs' counsel of record Neal F. Morrow, III, and Ryan K. Marden are ORDERED TO SHOW CAUSE, if any, in writing, why monetary sanctions in the amount of $750 should not be imposed on each counsel for repeatedly violating the Court's orders to file dismissal papers or a joint status report. ECF Nos. 15, 16, 18. Each attorney must file a written response **on or before April 10, 2026**. In the written response, counsel may request an in-person hearing on the order to show cause by advising the Court in his written response to this Order. Absent a request for hearing, the matter will be submitted on April 10, 2026.

**IT IS SO ORDERED.**

Dated: April 3, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California